# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**RICKY EUGENE MINNIFIELD**                    **CIVIL ACTION NO. 05-2074**

**VS.**                                         **JUDGE JAMES**

**LOUISIANA DEPARTMENT OF**                     **MAGISTRATE JUDGE HAYES**
**EDUCATION, ET AL**


## RULING & ORDER

Before the court is a Motion styled, "Motion to Exclude Evidence that Will Waste Court's Time"[1] filed by *pro se* petitioner Ricky Eugene Minnifield ("Minnifield") on March 6, 2006. Minnifield purports to file this motion under Federal Rules of Evidence 403 and 611. While the motion is somewhat difficult to decipher, Minnifield appears to be complaining about both the introduction of evidence and need to participate in the discovery process.

To the extent Minnifield is seeking to exclude evidence, no evidence has been offered for introduction to this Court, therefore the Motion is **DENIED**.

To the extent Minnifield is seeking a protective order exempting him from cooperating in the discovery process or from responding to discovery requests, the Motion is also **DENIED**.

The need for discovery, and for both parties' cooperation in same, was previously discussed at the status conference held in chambers on February 23, 2006. Nothing in the present motion raises any new argument on that issue. Minnifield was ordered to cooperate in the

---

[1]As this is not one of the motions excepted in 28 U.S.C. § 636(b)(1)(A), nor dispositive of any claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this ruling is issued under the authority thereof, and in accordance with the standing order of this court. Any appeal must be made to the district judge in accordance with Rule 72(a) and L.R. 74.1(W).

discovery process at that time, and this court sees no reason to reconsider that order.

**THUS DONE AND SIGNED** in Chambers at Monroe, Louisiana, this 6th day of

March, 2006.



KAREN L. HAYES
U. S. MAGISTRATE JUDGE