

RECEIVED
IN MONROE, LA
MAY 0 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| RICKY E. MINNIFIELD | CIVIL ACTION NO. 05-2074 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LOUISIANA DEPARTMENT OF EDUCATION, ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

On May 2, 2006, Plaintiff filed a pleading styled, "Motion to Appeal to Judge James and Objection to Magistrate Judge Hayes Conducting any and all further proceedings" [Doc. No. 28]. In that motion, Plaintiff notes that the parties did not consent to trial before Magistrate Judge Karen L. Hayes and that he "**does not consent** to Magistrate Judge Hayes to conduct any and all further proceedings in this case including Motions, Report and Recommendations, Trials and Orders."

In the memorandum accompanying Plaintiff's motion, he also raises both technical[1] and substantive objections to Magistrate Judge Hayes' April 25, 2006 Report and Recommendation [Doc. No. 27] in which she recommended that Plaintiff's Motion for Partial Summary Judgment [Doc. No. 9] be denied.

**IT IS HEREBY ORDERED** that Plaintiff's motion is **DENIED** to the extent that he

---

[1] Plaintiff objects that Magistrate Judge Hayes should have granted his Motion for Partial Summary Judgment by the Court's target ruling date of March 23, 2006, because the Clerk of Court struck Defendants' opposition memoranda for failure to provide a separate statement of material facts. However, Defendants obtained an extension of time to submit proper opposition memoranda; those memoranda were submitted and fully complied with local rules. *See* [Docs. Nos. 23 & 26]. Thus, Magistrate Judge Hayes properly considered the memoranda.

1

objects to Magistrate Judge Hayes' participation in this case. While the parties must consent to trial before Magistrate Judge Hayes, the consent of the parties is not required for a magistrate judge to participate in the case as permitted under Federal Rule of Civil Procedure 72(a)-(b) and 28 U.S.C. 636(a)-(b). The undersigned, not Magistrate Judge Hayes, will conduct any trial in this matter, but Magistrate Judge Hayes will otherwise participate in the case as this Court sees fit, consistent with the Federal Rules of Civil Procedure and federal statute.

**IT IS FURTHER ORDERED** that Plaintiff's memorandum is also construed as an objection to Magistrate Judge Hayes' April 25, 2006 Report and Recommendation. If Plaintiff desires to file any additional written objections to the Report and Recommendation, he must do so by May 10, 2006.

Monroe, LA, this ___5___ day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE