RECEIVED
IN MONROE, LA
JUN 12 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RICKY EUGENE MINNIFIELD** | **CIVIL ACTION NO. 05-2074** |
| VS. | JUDGE JAMES |
| **LOUISIANA DEPARTMENT OF EDUCATION, ET AL** | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Partial Summary Judgment (Doc. #9) be **DENIED**.

THUS DONE AND SIGNED this 12 day of June, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION