
RECEIVED
IN MONROE, LA
JUN 2 3 2006
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RICKY EUGENE MINNIFIELD | CIVIL ACTION NO. 05-2074 |
| VS. | JUDGE JAMES |
| LOUISIANA DEPARTMENT OF EDUCATION, ET AL | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 30] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that School Board's Motion to Dismiss (Doc. #24) be **GRANTED**, and this matter **DISMISSED WITH PREJUDICE** as to the School Board for mootness, lack of standing, and for failure to state a claim for which relief may be granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, taking cognizance of this court's lack of subject matter jurisdiction over the remaining claims, that the remaining claims are **DISMISSED WITH PREJUDICE** in their entirety for lack of standing.

IT IS FURTHER ORDERED that the School Board be awarded reasonable attorney's fees and costs.

THUS DONE AND SIGNED this 23 day of June, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE